Mae McPhillips, appellee, v. Armour & Company, appellant. Gen. No. 36,255.

Opinion filed May 24, 1933.

Church, Haft, Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel. H. H. Patterson, for appellee; Edmund C. Maurer, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Hannah Shelbred, appellee, v. National Tea Company, appellant. Gen. No. 36,268.

Opinion filed May 24, 1933.

Soelke, Koehn & Loewy, for appellant. Heth, Lister & Collins, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Frank Clavelli, as administrator of the estate of Lorado Clavelli, deceased, appellee, v. Boyda Dairy Company, appellant. Gen. No. 36,286.

Opinion filed May 24, 1933.

Church, Haft, Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel. H. H. Patterson, for appellee; Edmund C. Maurer, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Leati Harbus, appellee, v. Chapell Ice Cream Company, appellant. Gen. No. 36,298.

Opinion filed May 24, 1933.

Nicholson, Crandall & Snyder, for appellant; John T. Chadwell and Russell Greenacre, of counsel. H. H. Patterson, for appellee; Edmund C. Maurer, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.